| | |
|---|---|
| 1 | ERIC D. HOUSER #130079<br>ehouser@houser-law.com |
| 2 | SARA L. MARKERT #251277<br>smarkert@houser-law.com |
| 3 | HOUSER & ALLISON |
| | A Professional Corporation |
| 4 | 9970 Research Drive |
| | Irvine, CA 92618 |
| 5 | Telephone:  (949) 679-1111 |
| | Facsimile:   (949) 679-1112 |

*E-FILED - 7/30/09*

Attorneys for Defendant,
Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2 improperly named herein as Deutsche Bank National Trust Company as Trustee for the Downey Loan Trust 2006-AR2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LOLITA ANDAYA, | ) Case No. C09-01320 RS |
| | ) |
| Plaintiff, | ) **HON. RONALD M. WHYTE** |
| v. | ) |
| | ) **[] ORDER** |
| DOWNEY SAVINGS AND LOAN ASSOCIATION, a business entity, form unknown; ATHOME CONSULTING GROUP, a business entity, form unknown; BANK OF AMERICA CORP., a business entity, form unknown; DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE DOWNEY LOAN TRUST 2006-AR2, a business entity, form unknown; EDWIN NATIVIDAD, an individual; NORA PASQUA, an individual; FCI LENDER SERVICES, INC., a business entity, form unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint | ) **DISMISSING ACTION WITH**<br>) **PREJUDICE PURSUANT TO**<br>) **STIPULATION BY THE**<br>) **PARTIES**<br>)<br>) **[F.R.C.P. 41]**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

[] ORDER DISMISSING ACTION WITH PREJUDICE

1  adverse to Plaintiff's title thereto; and    )
2  DOES 1-30, inclusive,                        )
                                                )
3              Defendants.                      )

Plaintiff LOLITA ANDAYA and Defendants Mortgage Electronic Registration Systems Inc. ("MERS") and Deutsche Bank National Trust Company, as trustee for the registered holders of DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2 improperly named herein as Deutsche Bank National Trust Company as Trustee for the Downey Loan Trust 2006-AR2 ("Deutsche Bank as Trustee") have jointly stipulated to dismiss this action with prejudice. No other named defendants have appeared in the action and thus no other defendants joined in the Stipulation.

The Court having considered the Stipulation Dismissing the Action with Prejudice, its own file, and with good cause showing, orders as follows:

1.  Pursuant to F.R.C.P. 41, the Action is voluntarily DISMISSED with prejudice pursuant to the Stipulation filed by the Parties.

2.  Each party is to bear its' own fees and costs incurred in litigating this matter.

**IT IS SO ORDERED.**

Dated: __7/30_____, 2009    _____
                                 HON. RONALD M. WHYTE
                                 UNITED STATES DISTRICT COURT,
                                 NORTHERN DISTRICT OF
                                 CALIFORNIA

[] ORDER DISMISSING ACTION WITH PREJUDICE